**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| JOSHUA LISTER, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 3:10-cv-00471 |
| vs. | § | |
| | § | |
| BRONSON, CAWLEY & | § | |
| BERGMANN, LLP, | § | |
| Defendant | § | |

**NOTICE OF SETTLEMENT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Southern District of Texas, Galveston Division, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted,

    By: /s/Dennis R. Kurz
    Dennis R. Kurz
    Texas State Bar # 24068183
    Southern District Bar No. 1045205
    Attorney in Charge for Plaintiffs

WEISBERG & MEYERS, L.L.C.
Two Allen Center
1200 Smith Street
16th Floor
Houston, TX 77002
(888) 595-9111 ext. 412

(866) 842-3303 (fax)

## CERTIFICATE OF SERVICE

      I certify that on February 25, 2011, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Texas, Galveston Division using the electronic case filing system of the court. Notification of the foregoing was sent via the Court's ECF system on February 25, 2011 to:

Foster Reese III
Helms & Greene, LLC
1700 Pacific, Suite 1000
Dallas TX 75201

                                                           /s/ Dennis R. Kurz
                                                            Dennis R. Kurz